```
               UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

ROBERT WILLIAM KOCH,
in his capacity as Administrator of the
ESTATE OF DAVID GLENN KOCH,
a deceased person; and ANTHONY TUCKER,
in his capacity as Administrator of the
ESTATE OF RODERICK COOK                                       PLAINTIFFS

    vs.                    Case No. 06-5200

SOUTHWESTERN ELECTRIC POWER COMPANY,
A Delaware Corporation doing business in the
State of Arkansas; INTERNATIONAL
TENTNOLOGY CORPORATION, a foreign
corporation organized under the laws of the
Province of British Columbia, Canada                          DEFENDANTS

### O R D E R

On this 18th day of October, 2007, comes on to be considered **Southwestern Electric Power Company's Motion for In Camera Review of Confidential Document (doc. 28).** Being well and sufficiently advised, the Court finds that the motion should be, and it hereby is **GRANTED**. Separate Defendant Southern Electric Power Company is authorized to file its motion with the clerk along with a blank sheet of paper marked "Confidential and Under Seal" substituted for the relevant document and to submit the relevant document only to chambers.

    IT IS SO ORDERED.

                                          /S/JIMM LARRY HENDREN
                                          JIMM LARRY HENDREN
                                          UNITED STATES DISTRICT JUDGE