IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

```
ROBERT WILLIAM KOCH,
in has capacity as Administrator of the
ESTATE OF DAVID GLENN KOCH,
a deceased person; and ANTHONY TUCKER,
in his capacity as Administrator of the
ESTATE OF RODERICK COOK                                  PLAINTIFFS

           v.           Civil No. 06-5200

SOUTHWESTERN ELECTRIC POWER COMPANY,
A Delaware Corporation doing business in the
State of Arkansas                                        DEFENDANT
```

**JUDGMENT**

NOW on this 14th day of January, 2008, the above referenced matter comes on for this Court's consideration of **Southwestern Electric Power Company's Motion for Summary Judgment Against the Plaintiffs** (document #30), and the various responses and replies thereto, and for reasons set forth in the Court's Memorandum Opinion and Order of this date, finds that the motion should be, and it hereby is, **granted**. Plaintiffs' complaint against **Southwestern Electric Power Company** is **dismissed with prejudice**.

**IT IS SO ORDERED.**

/s/ Jimm Larry Hendren
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE